442 A.2d 361

Commonwealth v. Palmer, Appellant.

Submitted March 11, 1981. Abraham Leizerowski, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.